## TEXAS CO. v. HENDON.

Court of Appeals of Kentucky.

Dec. 11, 1953.

As Modified on Denial of Rehearing

March 12, 1954.

Nat Ryan Hughes, Murray, for appellant.

Wells Overbey, Murray, for appellee.

PER CURIAM.

Motion for an appeal from the Calloway Circuit Court, Honorable Ira D. Smith, Judge.

Judgment for $1,000 for personal injury sustained by the collapsing of a scaffold and platform upon which a gasoline storage tank rested. It was a question for the jury whether the defendant exercised ordinary care in maintaining the tank in a reasonably safe condition, and the plaintiff's injuries were the proximate result of its failure to do so.

The motion for an appeal is overruled, and the judgment stands affirmed.